UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Randall R Farmer<br><br><br><br><br>Debtor(s) | BK No.: 16-02147<br><br>Chapter: 13<br>Honorable Janet S. Baer<br>Kane |

## ORDER ON MOTION TO AUTHORIZE SALE OF REAL ESTATE

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to authorize sale of the real estate; the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtor's Motion to authorize sale of real estate located at 188 N Addison Ave Elmhurst, IL 60126 is hereby granted.

2. The mortgage lien held by Wells Fargo Bank N.A. shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to Wells Fargo Bank, N.A.'s short-sale approval.

3. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

4. The Debtor shall be allowed to retain a $15,000 homestead exemption and the remainder of any proceeds shall be paid into his Chapter 13 plan.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: - 3 NOV 2017

**Prepared by:**
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko