UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-02147
)
RANDALL R. FARMER )
) Chapter: 7
) Honorable Janet S. Baer
) DuPage
Debtor(s) )

## ORDER VALUING SECURED CLAIM NO. 3-1 OF NORTHWEST FEDERAL CREDIT UNION

THIS CAUSE COMING TO BE HEARD on the motion of Brenda Porter Helms, Trustee, to value claim no. 3-1 filed herein by NORTHWEST FEDERAL CREDIT UNION (the "Claimant"), due notice having been given to the Claimant, the Debtor and its counsel, and the United States Trustee; and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that claim no. 3-1 is deemed to be a claim wholly secured by the Claimant's collateral, and therefore the Claimant's deficiency claim, if any, is valued at zero for purposes of distribution herein.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 13, 2019

**Prepared by:**

David R. Brown
Springer Larsen Greene, LLC
300 S. County Farm Road
Wheaton, IL 60187
(312) 663-5423